UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00324

**Larry Coleman Hicks,**
*Plaintiff,*

v.

**Everyone Who Is a Judicial Official
That Threatened My Family**
*Defendant.*

### ORDER

Plaintiff Larry Coleman Hicks, an inmate of the Texas Department of Criminal Justice proceeding pro se, filed this civil action complaining of alleged deprivations of his rights. The sole named defendant is "everyone who is a judicial official that threatened my family," and the only relief sought is "Put them in jail." Doc. 1. The case was referred to United States Magistrate Judge K. Nicole Mitchell. Doc. 2.

The magistrate judge entered a report observing that plaintiff has a lengthy history of filing frivolous and malicious lawsuits making vile and untrue accusations against various public officials and stating that "the present case represents a continuation of this practice." Doc. 3. A review of the complaint demonstrates the accuracy of this characterization.

On January 14, 2020, this court entered an order directing that the clerk not accept from plaintiff any documents, pleadings, or other correspondence in any lawsuit, new or previously filed which does not bear the signature of a licensed attorney. *Hicks v. Skeen,* No. 6:18-cv-400 (E.D. Tex. Jan. 14, 2020). Because the present lawsuit does not bear the signature of a licensed attorney, the magistrate judge recommended that the complaint be stricken and the lawsuit dismissed with prejudice.

A copy of this report was mailed to plaintiff at his last known address but was returned as undeliverable. Plaintiff has not advised the court of any change of address.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's complaint is stricken and the lawsuit is dismissed with prejudice as frivolous and as improperly filed.

*So ordered by the court on November 9, 2023.*

J. CAMPBELL BARKER
United States District Judge